| Case No: | 08-20957 | Judge: ROBERT D. BERGER |
|---|---|---|
| Case Name: | GENERATION RESOURCES HOLDING COMPANY, LLC | |
| For Period Ending: | 08/18/20 | |

| | |
|---|---|
| Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
| Date Filed (f) or Converted (c): | 04/28/08 (f) |
| 341(a) Meeting Date: | 05/22/08 |
| Claims Bar Date: | 12/17/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS - CAPITOL FEDERAL SAVINGS | 0.01 | 0.01 | | 0.00 | FA |
| 2. BANK ACCOUNTS - CAPITOL FEDERAL SAVINGS | 52.43 | 52.43 | | 0.00 | FA |
| 3. 50% INTEREST IN STONY CREEK WINDPOWER | 75,000.00 | 75,000.00 | | 0.00 | FA |
| 4. TAX REFUNDS - 2003 (u) | 43.72 | 43.72 | | 43.72 | FA |
| 5. Fraudulent Transfer (u) | 9,850,000.00 | 9,850,000.00 | | 850,000.00 | 9,000,000.00 |
| TOTALS (Excluding Unknown Values) | $9,925,096.16 | $9,925,096.16 | | $850,043.72 | Gross Value of Remaining Assets $9,000,000.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/1/20- The prior trustee fully administered assets 1-4, and had partially administered asset 5 - which is still pending;

5/8/20 - Eric C Rajala has resigned and Steven R Rebein is appointed as successor trustee;

5/6/20 - Tenth Circuit oral argument held on the law firms' motions to dismiss;

12/6/19 - The law firms' motions to dismiss were denied by the Bankruptcy Court, but the Court certified the order denying the motions for direct appeal to the 10th Circuit, which has accepted the appeal;

06/30/19- The law firms' motions to dismiss the Trustee's adversary complaints are under advisement with the Court.

03/20/18- Adversary complaints have been filed against the Husch Blackwell and Spencer Fane law firms for avoidance and recovery of the fees paid to them from the proceeds of the fraudulent transfer of the Debtor's rights in the Pennsylvania wind farm developments.

06/23/17-Pursuant to the court-approved settlement (Doc. 96), the individual defendants have wired their combined $850,000 in settlement payments to the Trustee, and have been dismissed from the District Court case by stipulation of the parties. The offers of judgment for Lookout and Forward in the District Court case have been made and accepted, the

| | | | |
|---|---|---|---|
| Case No: | 08-20957   Judge: ROBERT D. BERGER | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
| Case Name: | GENERATION RESOURCES HOLDING COMPANY, LLC | Date Filed (f) or Converted (c): | 04/28/08 (f) |
| | | 341(a) Meeting Date: | 05/22/08 |
| | | Claims Bar Date: | 12/17/09 |

Court has entered judgment against them - $1.43M (FWHC) and $9.9M (LWHC), representing the value of the fraudulent transfers they received - and the District Court case has been closed. Special counsel, Mike Healy, has been paid his fees and expense reimbursements as approved by the Court. The subsequent transferees have been invited to mediate the Trustee's claims against them for recovery of the proceeds of the fraudulent transfers they received. The Trustee is drafting a motion to authorize an interim distribution to creditors.

05/20/17- Pursuant to the court-approved settlement (Doc. 96), the Gardner defendants have wired their $500,000 settlement payment to the Trustee, and have been dismissed from the District Court case by stipulation of the parties. The offers of judgment for Lookout and Forward in the District Court case have been made and accepted, and the Court and/or Clerk should enter judgment against them soon - $1.43M (FWHC) and $9.9M (LWHC). Once the Ansell and Stevens settlements have been paid to the Trustee, they can be dismissed from the District Court case, which can then be closed. The Trustee will then seek to recover the proceeds of the fraudulent transfers from subsequent transferees under 11 U.S.C. sec. 550.

03/08/17-The District Court has canceled the March 28, 2017, trial setting, pending Bankruptcy Court approval of the Trustee's settlement with the defendants.

03/02/17-Mediation of the District Court case has resulted in a settlement. The terms of the settlement provide for a total of $850,000 to be paid to the bankruptcy estate by the individual defendants, a judgment in favor of the estate against the corporate defendants avoiding the fraudulent prepetition transfer of the Debtor's windpower assets, and the preservation of section 550 claims for benefit of the estate against the entities that received postpetition transfers of the proceeds of the prepetition sale of the fraudulently transferred windpower assets.

1/22/17-Documents sent to accountant for 2016 tax preparation.

12/27/16- The District Court has scheduled the trial of the Trustee's fraudulent transfer action for March 28, 2017.

09/26/16-The Tenth Circuit has reversed the District Court's order granting summary judgment to the defendants on the Trustee's fraudulent transfer claim, but affirmed the jury verdict in favor of the Trustee for breach of fiduciary duty. The fraudulent transfer claim was remanded to the District Court for further proceedings.

5/3/16-The Trustee's appeal of the adverse summary judgment on his fraudulent transfer claims, and the defendants' appeal of the jury verdict in favor of the Trustee on the Trustee's action for breach of fiduciary duty, remain pending before the Tenth Circuit. A decision was expected by the end of 2015, but the appeal remains under advisement at this time. It will be difficult to predict the closing date until the appeal has been resolved, and we have had a chance to reevaluate the case in light of the result.

3/8/16-2015 federal and state tax returns prepared by accountant and mailed to respective taxing authorities.

2/18/16-Order Determining the Legality of the IRS Tax Penalty Assessment for 2011.

1/20/16-Motion for Order Determining the Legality of the IRS Tax Penalty Assessment filed.

| | |
|---|---|
| Case No: 08-20957 Judge: ROBERT D. BERGER | Trustee Name: Steven R. Rebein, Chapter 7 Trustee |
| Case Name: GENERATION RESOURCES HOLDING COMPANY, LLC | Date Filed (f) or Converted (c): 04/28/08 (f) |
| | 341(a) Meeting Date: 05/22/08 |
| | Claims Bar Date: 12/17/09 |

8/31/15-2014 federal and state tax returns prepared by accountant and mailed to respective taxing authorities.

06/25/15-The Trustee's appeal of the adverse summary judgment on his fraudulent transfer claims, and the defendants' appeal of the jury verdict in favor of the Trustee on the Trustee's action for breach of ficuciary duty, remain pending before the Tenth Circuit, with a decision expected later this year.

6/19/15-Requested status of appeal and judgment.

1/22/15-Jury verdict is on appeal to the Tenth Circuit.

1/6/15-Documents for 2014 tax return preparation sent to accountant.

9/2/14-2013 tax returns filed.

6/16/14-Trial concluded; jury verdict entered for the Trustee/Plaintiff in the total amount of $987,000 ($329,000 per defendant times three defendants).

02/20/14- The pending civil action filed by the Trustee versus the Debtor LLC interest holders has been set for trial in the Kansas federal district court on June 10-13, 2014.

05/29/13- On 3/12/13, the 10th Circuit affirmed the District Court's order granting the defendants' motion to distribute the proceeds of funds held in escrow. The rest of the trustee's action to avoid and recover fraudulent transfers remains pending.

10/15/12-Trustee's lawsuit scheduled for jury trial on 1/8-11/13.

9/6/12-2011 S-Corporation Return filed.

6/19/12-District Court has dismissed all of the estate's claims except the fraudulent transfer claims. Both sides intend to file motions for summary judgment on those

04/21/12- On 4/12/12, the U.S. District Court for the District of Kansas issued a ruling in the consolidated cases pending before it, granting summary judgment in favor of the defendants, Robert Gardner, et. al., as to all of the Trustee's causes of action, except as to the counts alleging fraudulent transfers. On 4/20/12, the Trustee filed a notice of appeal to the United States Court of Appeals for the Tenth Circuit from the Order in consolidated Case No. 2:11-cv-02524-EFM-KMH titled Rajala v. Gardner, which disposes of the sole issue in Case No. 2:11-cv-02524-EFM-KMH, that being whether the funds deposited with the Clerk of the Bankruptcy Clerk are property of the bankruptcy estate of debtor Generation Resources Holding Company.

11/01/11-2003 IRS refund received.

9/6/11-2010 tax returns filed.

8/3/11-Motion to Extend Time to Respond to Freestream's Motion to Distribute Estate Assets filed.

06/29/11- The judgment amount owed by Lookout Windpower has been ordered to be paid into the court registry, pending further order of the bankruptcy court.

5/31/11- The Pennsylvania case was tried to the U.S. District Court for the Western District of Pennsylvania, and

| | | | | |
|---|---|---|---|---|
| Case No: | 08-20957 | Judge: ROBERT D. BERGER | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
| Case Name: | GENERATION RESOURCES HOLDING COMPANY, LLC | | Date Filed (f) or Converted (c): | 04/28/08 (f) |
| | | | 341(a) Meeting Date: | 05/22/08 |
| | | | Claims Bar Date: | 12/17/09 |

judgment was entered in favor of the insiders against Lookout Windpower for $8,941,448.46. The Court also ordered that any amount to be paid toward the satisfaction of the judgment shall be paid into the Kansas bankruptcy court, and transferred the issue of whether the funds are property of the estate to the Kansas court.

5/19/11-Injunction hearing held in USDC in Kansas; trustee's motion denied.

2/4/11-Motion to Employ Accountant filed.

6/23/10-The estate's special counsel has filed three separate complaints in the Kansas and Missouri federal district courts against various entities which have asserted claims to the proceeds of the sale of the Debtor's wind power project in Pennsylvania, which the Debtor's members had transferred to other entities controlled by them before the Chapter 7 case was filed. All of these actions are either in the pre-discovery stage, or discovery has commenced.

6/21/10-Claims reviewed.

12/18/09-Trustee's Response Opposing Motion to Dismiss Complaint filed.

11/25/09-Motion to Dismiss Complaint 2:09-cv-02482 filed.

9/14/09-Complaint v. Robert Gardner etal filed.

Gathering claims, govt bar date 3/17/10.

9/4/09-Bar date requested.

5/1/09-Order to Employ Special Counsel.

3/3/09-Motion for Employment of Special Counsel to investigate financial affairs of debtor and prosecuting claims on behalf of estate filed.

Investigating debtor's prepetition transfer of assets to another entity.

Initial Projected Date of Final Report (TFR): 12/01/20     Current Projected Date of Final Report (TFR): 12/01/20

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 08-20957 | | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | GENERATION RESOURCES HOLDING COMPANY, LLC | | Bank Name: | UNKNOWN BANK |
| | | | Account Number / CD #: | *******6166 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5965 | | | |
| For Period Ending: | 08/18/20 | | Blanket Bond (per case limit): | $ 23,148,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/14/12 | | Transfer from Acct #*******7965 | RABOBANK MIGRATION TRANSFER | 9999-000 | 43.72 | | 43.72 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 33.72 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 23.72 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 13.72 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3.72 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 3.72 | 0.00 |
| 05/16/17 | 5 | Robert Gardner | Monies received in settlement of judgment and fraudulent transfer claim. | 1241-000 | 500,000.00 | | 500,000.00 |
| 05/22/17 | 5 | James Ansell | Monies received in settlement of judgment and fraudulent transfer claim | 1241-000 | 200,000.00 | | 700,000.00 |
| 05/24/17 | 5 | William Stevens | Monies received in settlement of judgment and fraudulent transfer claim. | 1241-000 | 150,000.00 | | 850,000.00 |
| 05/25/17 | 011001 | The Healy Law Firm, LLC 3640 NE Ralph Powell Road Lee's Summit, MO 64064 | Interim attorney fees per order dated April 18, 2017 (Doc. 93) | 3210-000 | | 345,405.77 | 504,594.23 |
| 05/25/17 | 011002 | The Healy Law Firm, LLC 3640 NE Ralph Powell Road Lee's Summit, MO 64064 | Interim attorney expenses per order dated April 18, 2017 (Doc. 93) | 3220-000 | | 82,431.61 | 422,162.62 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 393.66 | 421,768.96 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 606.65 | 421,162.31 |
| 07/27/17 | 011003 | Black and Veatch Corp Attn Stuart Shaw 11401 Lamar Ave Overland Park, KS 66211 | Interim distribution per order dated 7/26/17 (Doc. 102) | 7100-000 | | 162,858.36 | 258,303.95 |
| 07/27/17 | 011004 | Berks County Community Foundation co Steven J Adams 111 North 6th Street, PO Box 679 Reading, PA 19603-0679 | Interim distribution per order dated 7/26/17 (Doc. 102) | 7100-000 | | 209,304.26 | 48,999.69 |
| | | | Page Subtotals | | 850,043.72 | 801,044.03 | |

LFORM24

Ver: 22.02e

| Case No: | 08-20957 | | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
|---|---|---|---|---|
| Case Name: | GENERATION RESOURCES HOLDING COMPANY, LLC | | Bank Name: | UNKNOWN BANK |
| | | | Account Number / CD #: | *******6166 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5965 | | | |
| For Period Ending: | 08/18/20 | | Blanket Bond (per case limit): | $ 23,148,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/27/17 | 011005 | Eric C. Rajala<br>11936 W. 119th St<br>PMB 304<br>Overland Park, KS 66213 | Interim trustee compensation per order dated 7/26/17 (Doc. 102) | 2100-000 | | 43,250.00 | 5,749.69 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 583.51 | 5,166.18 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 138.71 | 5,027.47 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,017.47 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,007.47 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,997.47 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,987.47 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,977.47 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,967.47 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,957.47 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,947.47 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,937.47 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,927.47 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,917.47 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,907.47 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 4,902.47 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 4,897.47 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 4,892.47 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 4,887.47 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 4,882.47 |
| 02/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 4,877.47 |
| 03/29/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 4,872.47 |
| 04/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 4,867.47 |
| 05/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 4,862.47 |
| 06/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 4,857.47 |
| 07/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 4,852.47 |
| | | | Page Subtotals | | 0.00 | 44,147.22 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 08-20957 | | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
| Case Name: | GENERATION RESOURCES HOLDING COMPANY, LLC | | Bank Name: | UNKNOWN BANK |
| | | | Account Number / CD #: | *******6166  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5965 | | | |
| For Period Ending: | 08/18/20 | | Blanket Bond (per case limit): | $ 23,148,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 4,847.47 |
| 09/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 4,842.47 |
| 10/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 4,837.47 |
| 11/29/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 4,832.47 |
| 12/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 4,827.47 |
| 01/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 4,822.47 |
| 02/28/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 4,817.47 |
| 03/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 4,812.47 |
| 04/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 7.69 | 4,804.78 |
| 05/22/20 | 011006 | Steven R. Rebein, Trustee  8700 Monrovia, Ste. 310  Lenexa, KS 66219-1479 | Transfer of estate bank account balance to successor trustee | 1290-002 | | 4,804.78 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 850,043.72 | 850,043.72 | 0.00 |
| Less:  Bank Transfers/CD's | 43.72 | 4,804.78 | |
| Subtotal | 850,000.00 | 845,238.94 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 850,000.00 | 845,238.94 | |

Page Subtotals      0.00      4,852.47

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 08-20957 | | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
| Case Name: | GENERATION RESOURCES HOLDING COMPANY, LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******2134 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5965 | | | |
| For Period Ending: | 08/18/20 | | Blanket Bond (per case limit): | $ 23,148,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/30/20 | | Eric C. Rajala | Furds turned over from prior truste | 1290-000 | 4,804.78 | | 4,804.78 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 4,804.78 | 0.00 | 4,804.78 |
| Less: Bank Transfers/CD's | 4,804.78 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals  4,804.78  0.00

| Case No: | 08-20957 | | Trustee Name: | Steven R. Rebein, Chapter 7 Trustee |
| Case Name: | GENERATION RESOURCES HOLDING COMPANY, LLC | | Bank Name: | UNKNOWN BANK |
| | | | Account Number / CD #: | *******7965 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5965 | | | |
| For Period Ending: | 08/18/20 | | Blanket Bond (per case limit): | $ 23,148,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/03/11 | 4 | US Treasury | Payment toward estate's portion of tax refund. | 1224-000 | 43.72 | | 43.72 |
| 12/14/12 | | Transfer to Acct #*******6166 | RABOBANK MIGRATION TRANSFER | 9999-000 | | 43.72 | 0.00 |

|  |  | COLUMN TOTALS | 43.72 | 43.72 | 0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers/CD's | 0.00 | 43.72 | |
|  |  | Subtotal | 43.72 | 0.00 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | Net | 43.72 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********6166) | 850,000.00 | 845,238.94 | 0.00 |
| Checking Account (Non-Interest Earn - ********2134) | 0.00 | 0.00 | 4,804.78 |
| Checking Account (Non-Interest Earn - ********7965) | 43.72 | 0.00 | 0.00 |
| | 850,043.72 | 845,238.94 | 4,804.78 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  43.72  43.72